FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM ROBERT ERICKSON, <br><br> Plaintiff, <br><br> vs. <br><br> MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; MERRILL LYNCH & CO., INC., <br><br> Defendants. | Case No.: SACV 07-00094-CJC(MANx) <br><br> JUDGMENT IN FAVOR OF MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. |

After consideration of the papers in support of and in opposition to Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc.'s Motion for Summary Judgment, and the oral arguments of counsel, the Court hereby renders the following decision and judgment:

Judgment is granted in favor of Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc. on Plaintiff William Robert Erickson's claims for fraudulent

Case 8:07-cv-00094-CJC-MAN   Document 32   Filed 06/30/08   Page 2 of 2   Page ID #:291

misrepresentation (Count One) and negligent misrepresentation (Count Two). Plaintiff William Robert Erickson's Verified Amended Complaint is dismissed with prejudice. Defendant Merrill Lynch, Pierce, Fenner & Smith is entitled to recover costs.

The basis for this summary judgment is set forth in the Court's minute order dated June 16, 2008. This document shall constitute the judgment for purposes of Federal Rule of Civil Procedure 58.

DATED:   June 27, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

-2-